UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON ATKINSON, DARIN OAKES,
WALTER SLAM, MICHAEL CORCORAN,
MATTHEW GUSTIN, KENDRA DIMARIA,
RONALD TESTA, THOMAS JAQUIS, and
CHRISTOPHER WALZ,

    Plaintiffs,

vs.                                                      Case No.: 8:10-cv-1482-MSS-TBM

SLOAN D. GIBSON, ACTING SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.
                                                                      /

## JOINT NOTICE OF SETTLEMENT

      COME NOW Plaintiffs Jason Atkinson, Daren Oakes, Walter Slam, Michael Corcoran, Mathew Gustin, Ronald Testa, Thomas Jaquis, Christopher Walz and Defendant Sloan D. Gibson, as Acting Secretary of the United States Department of Veterans Affairs, (the "Parties") and hereby give notice that this case has been settled, contingent on the approval of the United States Assistant Attorney General for the Civil Division, or other appropriate designee of the United States Attorney General.  The settlement is not binding upon the United States unless and until such final approval is obtained.

      The Parties respectfully request that the case be closed administratively, subject to the rights of the parties, pursuant to Local Rule 3.08(b), to file a motion within **ninety (90) days** for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Dated: July 3, 2014

| | |
|---|---|
| *s/Ward Meythaler* | A. LEE BENTLEY, III |
| **WARD MEYTHALER** | United States Attorney |
| Merkle Magri and Meythaler, P.A. | |
| 5601 Mariner Street, Suite 400 | |
| Tampa, Florida 33609 | By:   s/ *Yohance A. Pettis* |
| Tel. (813) 281-9000 | **YOHANCE A. PETTIS** |
| (813) 281-2223 | Assistant United States Attorney |
| Email: jmagri@merklemagri.com | Florida Bar No. 021216 |
| | **JENNIFER WAUGH CORINIS** |
| | Assistant United States Attorney |
| | Florida Bar No. 49095 |
| | **SEAN P. FLYNN** |
| | Deputy Chief, Civil Division |
| | Assistant United States Attorney |
| | USAO No. 111 |
| | 400 North Tampa Street, Suite 3200 |
| | Tampa, Florida 33602 |
| | Telephone: (813) 274-6000 |
| | Facsimile: (813) 274-6200 |
| | yohance.pettis@usdoj.gov |
| | jennifer.corinis@usdoj.gov |
| | sean.flynn2@usdoj.gov |