**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JASON ATKINSON, DARIN OAKES,
WALTER SLAM, MICHAEL CORCORAN,
MATTHEW GUSTIN, and RONALD
TESTA,

    Plaintiffs,

v.                                  Case No: 8:10-cv-1482-T-35TBM

SECRETARY, DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant.
_____/

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

On July 3, 2014, the parties filed a Joint Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 192)  Therefore it is hereby

**ORDERED** that this case be **administratively closed** pending receipt of a final stipulation of dismissal within **ninety (90) calendar days** from the date of this Order.  If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order.  The **CLERK** is **DIRECTED** to **TERMINATE** any pending motions in this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of July, 2014.

                                                  MARY S. SCRIVEN
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party